UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

J & J SPORTS PRODUCTIONS, INC.

VERSUS

GROWN FOLKS LOUNGE
& DAIQUIRI, LLC, ET AL

CIVIL ACTION

NO. 17-588-SDD-EWD

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated April 9, 2018.[1]

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, this case is DISMISSED for failure to prosecute pursuant to Local Civil Rule 41(b)(1)(A).

Signed in Baton Rouge, Louisiana, on April 11, 2018.

JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] R. Doc. 17